# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC WALLS** : | |
| : | |
| v. : | **CIV. NO. 11-3001** |
| : | |
| **MICHAEL W. HARLOW,** : | |
| **Superintendent, et al.** : | |

## ORDER

**AND NOW,** this 12th day of January, 2012, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of Magistrate Judge Thomas J. Rueter, to which no objections have been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's petition for writ of habeas corpus is **DENIED**; and

3. There is no probable cause to issue a certificate of appealability.

        **IT IS SO ORDERED.**

        */s/ Paul S. Diamond*
        _____
        **Paul S. Diamond, J.**